**EXHIBIT "A"**
**Civil Action No. 1:09-cv-634**

| Name | Period Covered | Gross Amounts Due |
|---|---|---|
| Alvarado, Bella | 12/02/06-12/15/07 | $614.55 |
| Barbee, Thomas | 05/26/07-12/08/07 | $53.01 |
| Bell, Richard | 12/02/06-08/23/08 | $686.35 |
| Brown, Rosa | 12/02/06-08/23/08 | $924.16 |
| Caldwell, Tina | 06/14/08-08/09/08 | $337.80 |
| Calloway, Bobby | 06/23/07-09/01/07 | $63.24 |
| Diaz, Juan | 12/02/06-08/30/08 | $3,534.25 |
| Diaz, Vincent | 12/02/06-09/01/07 | $757.76 |
| Dillworth, Delores | 05/26/07-12/08/07 | $466.63 |
| Eaton, Tom | 12/02/06-08/23/07 | $1,050.36 |
| Flores, Daniel | 12/02/06-09/01/07 | $1,823.92 |
| Gallion, Rachel | 12/02/06-08/23/08 | $807.26 |
| Garundo, Ricardo | 12/02/06-10/13/07 | $679.64 |
| Guitterrez, Araceli | 05/26/07-08/30/08 | $1,107.12 |
| Guitterrez, Rosarlo | 12/02/06-08/04/07 | $329.41 |
| Harris, Theresa | 12/02/06-08/30/08 | $3,396.36 |
| Haupt, Kenneth | 09/01/07-09/15/07 | $61.22 |
| Hill, Mary | 02/16/08-05/10/08 | $168.66 |
| Jones, Jeffery | 12/02/06-11/24/07 | $2,389.42 |
| Jones, Mittie | 12/02/06-03/01/08 | $629.94 |
| Kelly, Renee | 12/02/06-08/30/08 | $2,770.57 |
| Kirk, Elbert | 12/02/06-09/01/07 | $74.40 |
| Kirk, Stoney | 12/02/06-08/30/08 | $694.15 |
| Langley, Karen | 05/26/07-09/15/07 | $519.83 |
| Longoria, Winceslao | 12/23/06-08/18/07 | $384.71 |
| Ludwig, Darlene | 12/02/06-08/23/08 | $2,023.66 |
| Martin, Helen | 12/02/06-08/16/08 | $1,092.62 |
| Meaba, Priscilla | 12/02/06-06/09/07 | $28.67 |
| Meyers, Cameron | 02/01/07-08/16/08 | $686.48 |
| Morales, Alfonso | 12/02/06-08/30/08 | $1,644.48 |
| Morales, Guadalupe | 05/10/08-07/05/08 | $146.87 |
| Moreno, Alberto | 08/11/07-08/30/08 | $1,189.05 |
| Negrete, Ma del Socorro | 03/01/08-03/15/08 | $83.61 |
| Nunez, Anne | 12/02/06-08/30/08 | $864.97 |
| Ojeda, Ignacia | 12/02/06-07/05/08 | $2,827.52 |
| Parades, Miguel | 05/19/07-12/01/07 | $432.55 |
| Parra, Yessena | 12/02/06-10/13/07 | $1,498.25 |
| Pena Espinoza, Silva | 06/21/08-07/05/08 | $116.76 |
| Perez, Diana | 01/05/08-02/16/08 | $46.85 |
| Perez, Rigoberto | 0707/07-09/15/07 | $28.03 |

| Reeves, Mike | 12/02/06-08/30/08 | $1,002.08 |
|---|---|---|
| Robinson, Steve | 12/02/06-11/10/07 | $1,268.24 |
| Rojas, Margarite | 06/09/07-06/21/08 | $138.24 |
| Solano, Gerardo | 02/03/07-08/18/07 | $614.07 |
| Solano, Javier | 12/02/06-07/12/08 | $1,365.68 |
| Solano, Juan | 05/17/08-08/23/08 | $545.47 |
| Solano-Doming, Jorge | 12/02/06-08/30/08 | $3,154.73 |
| Stacko, Annette | 05/26/07-09/01/07 | $36.76 |
| Swirsky, Michael | 12/02/06-08/23/008 | $4,793.59 |
| Traxler, Josh | 08/18/07-09/15/07 | $33.13 |
| Villarreal, Antonio | 12/22/07-05/24/08 | $224.24 |
| Villarreal, Maurico | 12/08/07-06/21/08 | $108.60 |
| Walden, Linda | 05/12/07-03/15/08 | $61.38 |
| Williams, Andre | 12/02/06-12/09/06 | $21.62 |
| Young, Carol | 12/02/06-08/16/08 | $96.28 |
|  | **TOTAL:** | **$50,500.00** |